UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS HEALTH FUND,
LABORERS AND EMPLOYERS COOPERATION AND
EDUCATION TRUST FUND, WISCONSIN LABORERS
APPRENTICESHIP AND TRAINING FUND, and
JOHN J. SCHMITT (in his capacity as Trustee),**

**WISCONSIN LABORERS DISTRICT COUNCIL,**

          Plaintiffs,

v.                                          Case No.  15-cv-642

**PROFESSIONAL LANDSCAPE CONTRACTORS, INC.,**

          Defendant.

---

### ORDER OF DISMISSAL

---

Based on the Stipulation of Dismissal filed by the parties, the case is hereby dismissed with prejudice and without costs.

Dated this 3RD day of MARCH, 2016.

BY THE COURT:

_____
James D. Peterson
U. S. ~~Magistrate~~ District Judge